FORM 9A. Notice of Related Case Information Form 9A (p. 1)
 March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number:** 2023-2241

**Short Case Caption:** Teva Branded Pharmaceutical Products R&D, Inc. v. Cipla

**Filing Party/Entity:** Teva Branded Pharmaceutical Products R&D, Inc.; Norton (Waterford) Ltd.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Teva Branded Pharm. Prods. R&D, Inc. v. Amneal Pharms. of N.Y., LLC, No. 2:23-cv-20964-JXN-MAH (D.N.J.); Teva Branded Pharm. Prods. R&D, Inc. v. Cipla USA, Inc., No. 2:24-cv-00909-SRC-MAH (D.N.J.).

☐   Additional pages attached

FORM 9A. Notice of Related Case Information     Form 9A (p. 2)
                                                 March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc.; Amneal Pharmaceuticals of New York, LLC, Amneal Ireland Ltd., Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals Inc.; Cipla USA, Inc. and Cipla Ltd.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Daryl L. Wiesen, Louis L. Lobel, Natasha Elise Daughtrey, and Thomas V. McTigue IV of Goodwin Procter LLP; Liza M. Walsh, Hector Daniel Ruiz, Selina Miriam Ellis, and Christine Clark of Walsh Pizzi O'Reilly Falanga LLP; Rebekah Conroy of Stone Conroy LLC; Steven Maddox and Jeremy J. Edwards, Procopio LLP; David I. Berl, Benjamin M. Greenblum, Elise M. Baumgarten, Kathryn S. Kayali, Ben Picozzi, Ricardo Leyva, and Richard Hildreth III of Williams & Connolly LLP.

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/27/2024     Signature: /s/ Ben Picozzi

                     Name: Ben Picozzi