Appeal No. 23-2241

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.,
NORTON (WATERFORD) LTD.,

*Plaintiffs-Appellees,*

V.

CIPLA LTD.,

*Defendant-Appellant.*

Appeal from the United States District Court for the District of New Jersey in No. 2:20-cv-10172-JXN-MAH (Consolidated), District Judge Julien X. Neals

**NOTICE OF ADDITIONAL FIVE (5) DAYS TIME NEEDED TO RESOLVE CONFIDENTIALITY ISSUES UNDER FED. CIR. R. 26(b)(4)**

Pursuant to Federal Circuit Rule 26(b)(4), Defendant-Appellant Cipla Limited ("Cipla") and Plaintiffs-Appellees Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") respectfully notify the Court that they need additional time to resolve confidentiality issues with the Appendix to the Briefs.  A supporting declaration is attached.

The Appendix is currently due to be filed on March 14, 2024.  Following a five (5) day extension under Federal Circuit Rule 26(b)(4), the Appendix will be due on March 19, 2024.

Accordingly, Teva and Cipla respectfully request the Court set the date to file the Appendix to March 19, 2024.

Respectfully submitted,


Dated: March 13, 2024


/s/ *Anil H. Patel*
Anil H. Patel
Adam S. Berlin
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(713) 815-7300
anil.patel@klgates.com
adam.berlin@klgates.com

Peter Giunta
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

/s/ *Ben Picozzi*
David I. Berl
Benjamin M. Greenblum
Elise M. Baumgarten
Kathryn S. Kayali
Ben Picozzi
Ricardo Leyva
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
bgreenblum@wc.com
ebaumgarten@wc.com
kkayali@wc.com

1

peter.giunta@klgates.com

Harold Storey
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
harold.storey@klgates.com

*Counsel for Defendant-Appellant*
*Cipla Limited*

bpicozzi@wc.com
rleyva@wc.com

*Counsel for Plaintiffs-Appellees*
*Teva Branded Pharmaceutical*
*Products R&D, Inc. and Norton*
*(Waterford) Ltd.*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g)(l), this notice complies with the type- volume limitation of Fed. R. App. P. 27(d)(2)(A) and Fed. Cir. R. 32(b). The notice contains 101 words, excluding parts exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b). The word count includes the words counted by the Microsoft Word 2016 function.

This notice also complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(l)(E), 32(a)(5), and 32(a)(6). The notice has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font of Times New Roman.

Date: March 13, 2024

/s/ *Anil H. Patel*
Anil H. Patel

## CERTIFICATE OF SERVICE

I hereby certify that on this day March 13, 2024, I caused the foregoing NOTICE

to be filed with the Clerk of the Court using the CM/ECF system. I also caused a true

and correct copy of the foregoing NOTICE to be electronically served on the Plaintiffs-

Appellees as follows:

David I. Berl
Benjamin M. Greenblum
Elise M. Baumgarten
Kathryn S. Kayali
Ben Picozzi
Ricardo Leyva
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
bgreenblum@wc.com
ebaumgarten@wc.com
kkayali@wc.com
bpicozzi@wc.com
rleyva@wc.com

*Counsel for Plaintiffs-Appellees*
*Teva Branded Pharmaceutical*
*Products R&D, Inc. and Norton*
*(Waterford) Ltd.*

/s/ *Anil H. Patel*
Anil H. Patel

Appeal No. 23-2241

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.,
NORTON (WATERFORD) LTD.,

*Plaintiffs-Appellees,*

V.

CIPLA LTD.,

*Defendant-Appellant.*

---

Appeal from the United States District Court for the District of New
Jersey in No. 2:20-cv-10172-JXN-MAH (Consolidated), District
Judge Julien X. Neals

---

**DECLARATION OF ANIL PATEL**

---

I, Anil Patel, do hereby state and declare as follows:

1.     I am an attorney duly admitted to practice law in the State of Texas and before this Court.  I practice law at the firm of K&L Gates LLP and am principal counsel for Defendant-Appellant Cipla Limited ("Cipla") in this appeal.

2.     I submit this Declaration in support of the parties' Notice of Additional Five (5) Days Time Needed To Resolve Confidentiality Issues Under Fed. Cir. R. 26(B)(4).

3.     Pursuant to Federal Circuit Rule 26(b)(4), Cipla and Plaintiff-Appellees Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. provide notice to the Court that additional time is needed to resolve confidentiality issues relating to the filing of the Joint Appendix.  Namely, finalizing the redactions and compiling both confidential and nonconfidential versions in completed form; applying all confidentiality markings and headers throughout both versions; reviewing both versions for completeness and conformity; and obtaining approval from clients for both parties for both versions of the Joint Appendix parties before filing.

4.     This notice is timely submitted before the expiration of the filing

deadline of the Joint Appendix, currently due March 14, 2024.

5.     This is the first five-day confidentiality extension for this

document.

6.     I certify that additional time is needed to resolve confidentiality

issues.

I declare under penalty of perjury under 28 U.S.C. § 1746 and Federal

Circuit Rule 26(b)(3) that the foregoing is true and correct.

Respectfully submitted,


Dated: March 13, 2024

/s/ Anil Patel
Anil H. Patel
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(713) 815-7300
anil.patel@klgates.com

*Counsel for Defendant-Appellant
Cipla Ltd.*

2

Appeal No. 23-2241

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.,
NORTON (WATERFORD) LTD.,

*Plaintiffs-Appellees,*

V.

CIPLA LTD.,

*Defendant-Appellant.*

---

Appeal from the United States District Court for the District of New
Jersey in No. 2:20-cv-10172-JXN-MAH (Consolidated), District
Judge Julien X. Neals

---

**DECLARATION OF BEN PICOZZI**

---

I, Ben Picozzi, do hereby state and declare as follows:

1.     I am an attorney duly admitted to practice law in the State of California, the District of Columbia, and before this Court.  I practice at the law firm of Williams & Connolly LLP and am counsel for Plaintiffs-Appellees Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in this appeal.

2.     I submit this Declaration in support of the parties' Notice of Additional Five (5) Days Time Needed To Resolve Confidentiality Issues Under Fed. Cir. R. 26(B)(4).

3.     Pursuant to Federal Circuit Rule 26(b)(4), Teva and Defendant-Appellant Cipla Limited provide notice to the Court that additional time is needed to resolve confidentiality issues relating to the filing of the Joint Appendix.  Namely, finalizing the redactions and compiling both confidential and nonconfidential versions in completed form; applying all confidentiality markings and headers throughout both versions; reviewing both versions for completeness and conformity; and obtaining approval from clients for both parties for both versions of the Joint Appendix parties before filing.

1

4.     This notice is timely submitted before the expiration of the filing deadline of the Joint Appendix, currently due March 14, 2024.

5.     This is the first five-day confidentiality extension for this document.

6.     I certify that additional time is needed to resolve confidentiality issues.

I declare under penalty of perjury under 28 U.S.C. § 1746 and Federal Circuit Rule 26(b)(3) that the foregoing is true and correct.

Respectfully submitted,


Dated: March 13, 2024

*/s/ Ben Picozzi*
Ben Picozzi
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
(202) 434-5000
bpicozzi@wc.com

*Counsel for Plaintiffs-Appellees Teva*
*Branded Pharmaceutical Products*
*R&D, Inc. and Norton (Waterford) Ltd.*