

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 4, 2024

2023-2241 - Teva Branded Pharmaceutical Products R&D, Inc. v. Cipla Ltd.

# NOTICE OF NON-COMPLIANCE

The paper copies provided to the court by Cipla Ltd. are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit compliant paper copies that correct the following identified deficiencies:

- The paper copies of the reply brief received by the court do not match the electronic version of the document. Please only provide paper copies that exactly match the correct version of the document as entered on the court's docket. Fed. Cir. R. 25(c)(1)(3). Refer to the court's [Electronic Filing Procedures](#) ("Paper Copies").

\* \* \*

<u>A party's failure to timely file corrected paper copies curing all defects identified on this notice may result in adverse action.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

Upon receipt of corrected paper copies, the Clerk's Office will appropriately dispose of the non-compliant versions previously provided.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: V. Woodard, Deputy Clerk