NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD.,**
*Plaintiffs-Appellees*

**v.**

**CIPLA LTD.,**
*Defendant-Appellant*

---

2023-2241

---

Appeal from the United States District Court for the District of New Jersey in Nos. 2:20-cv-10172-JXN-MAH, 2:20-cv-14833-JXN-MAH, 2:20-cv-14890-JXN-MAH, Judge Julien X. Neals.

---

**ON MOTION**

---

PER CURIAM.

# O R D E R

The parties filed an emergency joint motion to stay appellate proceedings and postpone oral argument, which is currently scheduled for February 5, 2025. ECF No. 44 (citing Fed. R. Civ. P. 60(b), 62.1; Fed. R. App. P. 12.1). Upon consideration thereof,

2        TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC. v.
                                                    CIPLA LTD.

IT IS ORDERED THAT:

(1)  The parties' emergency joint motion (ECF No. 44) is granted.

(2)  "The parties agree to notify the Court of the district court's order on the motion for an indicative ruling within one business day after receiving the district court's order." ECF No. 44 at 2.  In any event, no later than March 3, 2025, the parties shall jointly notify this court of whether the district court has granted the parties' anticipated joint motion for an indicative ruling.

FOR THE COURT

February 3, 2025          Jarrett B. Perlow
Date                      Clerk of Court