**Appeal No. 2023-2241**

# In the United States Court of Appeals For the Federal Circuit

TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.,
NORTON (WATERFORD) LTD.,

*Plaintiffs-Appellees,*

V.

CIPLA LTD.,

*Defendant-Appellant,*

On Appeal from the United States District Court for the District of New Jersey in
No. 2:20-cv-10172-JXN-MAH
Honorable Julien X. Neals, Judge

**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

Each party shall bear its own costs.

Dated: June 17, 2025

<div style="display: flex;">
<div>

/s/ *Anil H. Patel*
Anil H. Patel
Adam S. Berlin
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(713) 815-7300
anil.patel@klgates.com
adam.berlin@klgates.com

Peter Giunta
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
peter.giunta@klgates.com

Harold Storey
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
harold.storey@klgates.com

*Counsel for Defendant-Appellant Cipla Limited*

</div>
<div>

/s/ *Ben Picozzi*
David I. Berl
Benjamin M. Greenblum
Elise M. Baumgarten
Kathryn S. Kayali
Ben Picozzi
Ricardo Leyva
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
bgreenblum@wc.com
ebaumgarten@wc.com
kkayali@wc.com
bpicozzi@wc.com
rleyva@wc.com

*Counsel for Plaintiffs-Appellees Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd.*

</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I caused the foregoing JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B) to be filed with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit using the CM/ECF filing system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                                  /s/ *Anil H. Patel*
                                                  Anil H. Patel